| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Oldshue, Jr., Jerry C. | 2. Court or Organization<br><br>Alabama Southern District Bankruptcy Court | 3. Date of Report<br><br>05/15/2017 |
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>201 St. Louis Street<br>Mobile, AL 36602-6602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | American Christian Academy - Teaching Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar Bankruptcy CLE | June 1-5, 2016 | Destin, FL | Bankruptcy CLE (Teaching) | Transportation, meals, and lodging |
| 2. | Florida State Bar Bankruptcy CLE | September 16-17, 2016 | Santa Rosa Beach, FL | Bankruptcy CLE (Teaching) | Transportation, meals, and lodging |
| 3. | University of Alabama School of Law Bankruptcy CLE | November 17-18, 2016 | Birmingham, AL | Bankruptcy CLE (Teaching) | Transportation, meals, and lodging |
| 4. | Mobile/Baldwin County Bench and Bar CLE | December 2-4, 2016 | Fairhope, AL | CLE (Teaching) | Transportation, meals, and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | Capital One | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Synovus Bank account | A | Interest | K | T | | | | | |
| 2. Capstone Bank acount | A | Interest | K | T | | | | | |
| 3. 401K (H) | | | | | | | | | |
| 4. - DFA US MICRO CAP | | None | | | Sold | 01/01/16 | M | | |
| 5. - MELON STABLE VALUE FUND | | None | | | Sold | 01/01/16 | J | | |
| 6. - VANGUARD EMERGING MKTS STOCK INX ADM | | None | | | Sold | 01/01/16 | K | | |
| 7. - VANGUARD TARGET RETIREMENT 2025 | | None | | | Sold | 01/01/16 | J | | |
| 8. - AMERICAN INCOME FUND OF AMERICA CLASS R | | None | | | Sold | 01/01/16 | J | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. - FIDELITY SELECT NATURAL RESOURCES | | None | | | Sold | 01/01/16 | J | | |
| 11. - FIDELITY SELECT COMMERCIAL EQUIPMENT | | None | | | Sold | 01/01/16 | J | | |
| 12. - FIDELITY SELECT FINACIAL SERVICES | | None | | | Sold | 01/01/16 | J | | |
| 13. - FIDELITY SELECT SOFTWARE | | None | | | Sold | 01/01/16 | K | | |
| 14. - FIDELITY SELECT CONSUMER STAPLES | | None | | | Sold | 01/01/16 | J | | |
| 15. - FIDELITY SELECT ELECTRONICS | | None | | | Sold | 01/01/16 | J | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. - MORGAN STANLEY | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BLACKSTONE ALT MULT-STRATINIST | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 19. - WILLIAM BLAIR INTL GROWTH | A | Dividend | K | T | | | | | |
| 20. - INVESCO INTL GROWTH | A | Dividend | K | T | | | | | |
| 21. - HARDING LOEVNER EMERG MKTS ADV | A | Dividend | K | T | | | | | |
| 22. - COLUMBIA SEL LARGE CAP VAL | B | Dividend | K | T | | | | | |
| 23. - COLUMBIA SELECT LG CP GROWTH | C | Dividend | K | T | | | | | |
| 24. - DAVIS NEW YORK VENTURE | C | Dividend | K | T | | | | | |
| 25. - PRUDENTIAL JENNISON GROWTH | B | Dividend | K | T | | | | | |
| 26. - JANUS FLEXIBLE BOND | A | Dividend | K | T | | | | | |
| 27. - LORD ABBETT SHT DURATION INC | A | Dividend | K | T | | | | | |
| 28. - AQR MANAGED FUTURES STRATEGY | A | Dividend | J | T | | | | | |
| 29. - CALAMOS MARKET NEUTRAL INC | A | Dividend | | | Sold | 09/20/16 | J | A | |
| 30. - DIAMOND HILL LONG-SHORT | A | Dividend | J | T | | | | | |
| 31. - IVY MID CAP GROWTH | B | Dividend | J | T | | | | | |
| 32. - VICTORY RS VALUE | A | Dividend | J | T | | | | | |
| 33. - VICTORY RS SMALL CAP GROWTH | A | Dividend | J | T | | | | | |
| 34. - VICTORY RS PARTNERS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MLP SELECT 40 | A | Dividend | J | T | | | | | |
| 36. - BLACKROCK HI YIELD BD PTF INST | A | Dividend | J | T | | | | | |
| 37. - VOYA GLOBAL REAL ESTATE | A | Dividend | J | T | | | | | |
| 38. - PIMCO SHORT TERM | A | Dividend | J | T | | | | | |
| 39. - PIMCO FOREIGN BD | A | Dividend | J | T | | | | | |
| 40. 529 PLANS (H) | | | | | | | | | |
| 41. - T ROWE PRICE US SMALL CAP GROWTH (X) | | None | J | T | | | | | |
| 42. - PIMCO SHORT-TERM 529 | | None | J | T | | | | | |
| 43. - NORTHERN BOND INDEX 529 | | None | J | T | | | | | |
| 44. - T. ROWE PRICE BALANCED 529 | | None | J | T | | | | | |
| 45. - T. ROWE PRICE REAL ESTATE 529 | | None | J | T | | | | | |
| 46. - T. ROWE PRICE LARGE CAP GROWTH 529 | | None | K | T | | | | | |
| 47. - NORTHERN MID-CAP INDEX 529 | | None | J | T | | | | | |
| 48. - NORTHERN SMALL CAP INDEX 529 | | None | J | T | | | | | |
| 49. - LORD ABBETT DEVELOPING GROWTH 529 (Y) | | | | | | | | | |
| 50. - NORTHERN FUNDS INTERNATIONAL EQUITY INDEX 529 | | None | J | T | | | | | |
| 51. - LAZARD EMERGING MARKETS 529 | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - COHEN & STEERS DIVIDEND VALUE 529 | | None | K | T | | | | | |
| 53. BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 54. - ALPHABET INC CLASS C COMMON STOCK | | None | J | T | | | | | |
| 55. - AMAZON.COM INC COM | | None | J | T | Buy | 03/24/16 | J | | |
| 56. - APPLE INC COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. - MICROSOFT CORP COM (X) | A | Dividend | J | T | | | | | |
| 58. SOUTHERN COMPANY COMMON STOCK | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 59. IRA #3 (H) | | | | | | | | | |
| 60. - ACR MANAGED FUTURES STRATEGY | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 61. - COLUMBIA SEL LARGE CAP VALZ | B | Dividend | K | T | Buy | 01/01/16 | K | | |
| 62. - COLUMBIA SELECT LGOP GROWTHZ | B | Dividend | K | T | Buy | 01/01/16 | K | | |
| 63. - DIAMOND HILL LONG SHORT | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 64. - DREYFUS NEWTON INTL EQI | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 65. - HARBOR INTERNATIONAL INST | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 66. - INVESCO DEVELOPING MARKETS | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 67. - INVESCO DIVERSIFIED DIVIDEND | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 68. - INVESCO INTL GROWTH | A | Dividend | K | T | Buy | 01/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - INVESCO SMALL CAP VALUE | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 70. - JANUS ENTERPRISE | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 71. - JANUS RESEARCH | B | Dividend | K | T | Buy | 01/01/16 | K | | |
| 72. - JP MORGAN DYNAMIC SM OP GR SEL | B | Dividend | J | T | Buy | 01/01/16 | J | | |
| 73. - PRUDENTIAL JENNISON GROWTH | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 74. - VICTORY GLB NATURAL FES | | None | J | T | Buy | 01/01/16 | J | | |
| 75. - VICTORY RS VALUE | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3, 9 and 40 - Investment asset accounts 401K, IRA #1 and 529 Plans do not report income to the account. The reports only show the market value in the account, thus the column B(1) is left blank and "None" is entered in column B(2). Any other lines reporting no income means no income was earned on that investment during the year.

Part VII, Line 3 - Investment account 401K was a retirement plan with a previous employer. The account was closed and all funds were moved to a new retirement account via a nontaxable retirement rollover. The new retirement account the funds were moved to is listed as IRA #3. The statement does not provide gain or loss detail on the disposition of the assets.

Part VII, Line 9 - Investment account IRA #1 was closed and all funds were moved to the new retirement account called IRA #3 via a nontaxable retirement rollover. The statement does not provide gain or loss detail on the disposition of the assets.

Part VII, Line 41 and 49 - Per note above the 529 Plan statements only report market value of assets held. No buy or sell information is provided. These lines reflect one new asset in the account and one asset that is no longer held.

Part VII, Line 57 - Additional Microsoft stock was purchased in 2016, but less than $1,000 was purchased thus no buy information listed. Amount of Micrososft stock held in account in previous year was under the reporting threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry C. Oldshue, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544